UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Suzanne A. Turbett,<br>Sean M. Turbett<br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 21-11416<br><br>Chapter: 7<br>Honorable LaShonda Hunt<br>Joliet |

### ORDER FOR MOTION TO COMPEL DEBTORS' COOPERATION IN THE SALE OF 402 PRAIRIE LANE, WILMINGTON, IL 60481

This cause coming to be heard on Trustee's Motion to Compel Debtors' Cooperation in the sale of 402 Prairie Ln., Wilmington, IL 60481, due notice having been given, and the Court being fully advised in the premises, IT IS HEREBY ORDERED:

The Debtor is compelled to:

A. cooperate with Trustee and Trustee's Broker Kim Wirtz by allowing showings of 402 Prairie Lane, Wilmington, IL 60481 between 11am and 8pm daily;

B. turnover to Trustee or Trustee's Broker Kim Wirtz a key to 402 Prairie Lane, Wilmington, IL 60481 on or before January 14, 2022 for the placement of a lockbox.

Enter: *LaShonda A. Hunt* (signature)

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: January 07, 2022

**Prepared by:**

Cindy M. Johnson
Carleen L Cignetto
Johnson Legal Group, LLC
140 S. Dearborn Street, Suite 1510
Chicago, Illinois 60603
(312) 345-1306